# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT
_____

No. 06-2968
_____

Vincent Hussey,                         *
                                        *
            Appellant,                  *
                                        *
      v.                                *    Appeal from the United States
                                        *    District Court for the
                                        *    Eastern District of Arkansas.
Marvin Evans, Warden, Maximum           *
Security Unit, ADC; Max Mobley,         *
Deputy/Assistant Director, Arkansas     *    [UNPUBLISHED]
Department of Correction; Sangoseni,    *
Dr., Arkansas Department of             *
Correction; Charlotte Green,            *
Infirmary Administrator, Maximum        *
Security Unit, ADC, originally          *
Sued as "C. Green"; Jonathan E.         *
Simmons, Dr., Arkansas Department       *
of Correction, originally sued as       *
"Simmons"; Tommy James, Asst.           *
Warden, Maximum Security Unit,          *
ADC (originally sued as James);         *
Ophelia Grandy, Infirmary Manager,      *
Maximum Security Unit, ADC,             *
originally sued as "O. Grandy";         *
John Byus, Director of Medical Care,    *
Arkansas Department of Correction,      *
                                        *
            Appellees.                  *

_____

Submitted: July 13, 2007
Filed: July 19, 2007

_____

Before MURPHY, SMITH, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Arkansas inmate Vincent Hussey appeals the district court's[1] orders granting summary judgment to one defendant, and dismissing without prejudice another defendant for failure to serve process; and the district court's[2] subsequent adverse grant of summary judgment to the remaining defendants. Having carefully reviewed the record, we affirm. See Johnson v. Blaukat, 453 F.3d 1108, 1112 (8th Cir. 2006) (summary judgment standard of review); Lee v. Armontrout, 991 F.2d 487, 489 (8th Cir. 1993) (per curiam) (it is in forma pauperis plaintiff's responsibility to provide proper address for service).[3]

Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Jerry W. Cavaneau, United States Magistrate Judge for the Eastern District of Arkansas.

[2]The Honorable Jerry W. Cavaneau, United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

[3]We decline to address the allegations Hussey raises for the first time on appeal. See Naucke v. City of Park Hills, 284 F.3d 923, 927 n.2 (8th Cir. 2002).